**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **EDEKKA LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **GILT GROUPE, INC.,** <br><br> Defendant. | Case No. 2:14-cv-441 |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Agreed Motion to Dismiss with Prejudice filed by Plaintiff eDekka LLC ("eDekka"), and agreed to by Defendant Gilt Groupe, Inc. ("Gilt"). Based on the Agreed Motion and the grounds asserted therein, the Court is of the opinion that the Agreed Motion (Dkt. No. 6) should be GRANTED.

It is, therefore, ORDERED that this action and all claims asserted by eDekka against Gilt are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

**So ORDERED and SIGNED this 11th day of August, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE